**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| FLORENCE CORPORATION OF KANSAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-905 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| INTERMARK ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT**

Plaintiff Florence Corporation of Kansas ("Florence") respectfully moves the Court pursuant to Federal Rule of Civil Procedure 54, to enter the attached proposed Stipulated Final Judgment. In support of its motion, Florence states the following:

1. Florence filed a three-count complaint in this case. Defendant Intermark Enterprises, Inc. ("Intermark") answered the complaint, and Florence subsequently filed a motion for partial summary judgment (on Counts I and III of the complaint).

2. The parties have now reached agreement on a judgment amount and have both agreed to entry of the attached proposed order, which reflects judgment in favor of Florence and against Intermark in the amount of $500,000 on Counts I and III, and calls for Count II to be voluntarily dismissed. Under the attached, Intermark waives any right of appeal, and Florence may begin immediate enforcement of the judgment.

3. The full terms of the stipulated judgment are set forth in the attached proposed Stipulated Final Judgment, which has been agreed to by the parties and executed by counsel for both parties.

4. Counsel for Florence has confirmed that Intermark has no objection to this motion or the relief set forth herein.

WHEREFORE, for the reasons set forth herein, Florence (with the agreement of Intermark) respectfully moves the Court to enter the attached proposed Stipulated Final Judgment.

Dated: July 6, 2018

Respectfully submitted,

   /s/ Timothy D. Elliott
Timothy D. Elliott  (ARDC 6237023)
Attorneys for Plaintiff
*Florence Corporation of Kansas*
300 E. Roosevelt Road, Ste. 300
Wheaton, Illinois  60187
Telephone No. (630) 668-8500
Telliott@rathjewoodward.com

-and-

PHILLIPS LYTLE LLP
Joel A. Blanchet
Attorneys for Plaintiff
*Florence Corporation of Kansas*
One Canalside
125 Main Street
Buffalo, New York  14203-2887
Telephone No. (716) 847-8400
Jblanchet@phillipslytle.com